USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/14/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
EMMANUEL TUKPUI,                          :

                              Plaintiff,  :         STIPULATION
                                                    AND ORDER
          -against-                       :
                                                    07 CV 8713
CITY UNIVERSITY OF NEW YORK               :         (RPP)

                              Defendant.  :
-------------------------------------------------X

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for

the respective parties that the time for Defendant City University of New York to move, answer, or

otherwise respond to the complaint be extended to January 7, 2008.

    IT IS FURTHER AGREED that a facsimile of this stipulation may be used as an original.

Dated:    New York, New York
          November 7, 2007

PRESTON WILKINS & MARTIN PLC            ANDREW M. CUOMO
Attorneys for Plaintiff                 Attorney General of the State of New York
                                        Attorney for Defendant

By:                                     By:

GREGORY R. PRESTON                      RODERICK L. ARZ
65 Broadway, Suite 508                  Assistant Attorney General
New York, New York 10006                120 Broadway, 24th Floor
Tel. 212-809-0000                       New York, New York 10271
                                        Tel. 212-416-8633


So Ordered:    New York, New York
               November 14, 2007



                                        United States District Judge