UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EMMANUEL TUKPUI,

                             Plaintiff,

          -against-

CITY UNIVERSITY OF NEW YORK

                            Defendant.
------------------------------------------------------------X

**NOTICE OF APPEARANCE**

07-CV-8713
(RPP) (RLE)

(ECF)

**PLEASE TAKE NOTICE** that the undersigned counsel hereby appears as attorney of record for Defendant City University of New York ("CUNY"), and that from this day forward, a copy of all notices and other papers herein are to be served upon the undersigned at the address shown below.

Dated:     New York, New York
             November 30, 2007

                                              ANDREW M. CUOMO
                                              Attorney General of the State of New York
                                              <u>Attorney for Defendant</u>
                                              By:

                                              RODERICK L. ARZ
                                              Assistant Attorney General
                                              120 Broadway, 24th Floor
                                              New York, New York 10271
                                              Tel.: 212-416-8633
                                              Fax: 212-416-6075
                                              Email: Roderick.Arz@oag.state.ny.us

cc:     Gregory R. Preston
          PRESTON WILKINS & MARTIN PLC
          <u>Attorneys for Plaintiff</u>
          65 Broadway, Suite 508
          New York, New York 10006