```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/07
```



**STATE OF NEW YORK**
OFFICE OF THE ATTORNEY GENERAL

RECEIVED
DEC - 6 2007
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

December 6, 2007

**VIA FACSIMILE**
Hon. Robert P. Patterson, Jr.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

MEMO ENDORSED

Re: <u>Tukpui v. City Univ. of New York</u>, S.D.N.Y. No. 07-cv-8713 (RPP).

Your Honor:

This office represents Defendant City University of New York in the above-referenced matter. I write to respectfully request an adjournment of the case management conference currently scheduled for Wednesday, December 12, 2007, at 9:00 a.m. This is the first request for an adjournment. Counsel for Plaintiff has kindly consented to this request. This adjournment is necessary because of the extension to January 7, 2008 of the Defendant's time to move, answer, or otherwise respond to the complaint, so ordered by the Court on November 14, 2007.

Thank you for your time and attention to this matter.

Very truly yours,

Roderick L. Arz
Assistant Attorney General

*Application granted.*
*Conference adjourned to 1/11/08*
*at 9:20 AM*
*So ordered.*
*RPPatterson USDJ*

cc: Gregory R. Preston (via USPS)
PRESTON WILKINS & MARTIN PLLC
65 Broadway, Suite 508
New York, New York 10006

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 • Not For Service of Papers
http://www.oag.state.ny.us