**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Tubpin

                Plaintiff(s)

-against-

CUNY

                Defendant(s)

07 CV 8713 (RPP)

**SCHEDULING ORDER**

**PATTERSON, D.J.**

1. This action is referred to Magistrate Judge _____ for _____ after a case management conference.

2. This action is referred for mediation: ____ Yes ____ No.

3. Amend the pleadings by 4/1/08.

4. Medical Authorizations by 2/25/08.

5. Rule 26 compliance by [INTERROGATORIES AND DOCUMENT DISCOVERY] 1/25/08.

6. Experts' reports to be served by 8/29/08.

7. Experts' depositions to be completed by 9/30/08.

8. All discovery to be completed by 9/30/08.

9. Dispositive motions by 10/30/08, Answer by 11/28/08, Reply by 12/12/08.

10. Pretrial order to be filed by 10/30/08.

11. Settlement conference with parties & counsel to be held on _____ at _____.

12. Pretrial conference is scheduled for _____ at _____.

13. Trial date is scheduled for 11/12/08 at 9:30AM.

14. FACT DISCOVERY BY 7/31/08.

Dated: New York, New York

1/11/08

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/11/08

SO ORDERED.

_/s/ Robert P. Patterson_

**ROBERT P. PATTERSON, JR.**
**U.S.D.J.**