USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08



JAN 25 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

**STATE OF NEW YORK**
**OFFICE OF THE ATTORNEY GENERAL**

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

January 25, 2008

**VIA FACSIMILE**
Hon. Robert P. Patterson, Jr.
United States District Judge
Southern District of New York
500 Pearl St., Room 2550
New York, NY 10007

**MEMO ENDORSED**

Re:   <u>Tukpui v. City Univ. of New York</u>, S.D.N.Y. No. 07-cv-8713 (RPP).

Your Honor:

This office represents Defendant City University of New York ("CUNY") in the above-referenced matter. I write on behalf of the Plaintiff and Defendant CUNY to jointly request that the date on or by which the parties shall serve initial *Sets of Interrogatories* and *Requests for the Production of Documents and Things* be extended from January 25, 2008 to February 25, 2008. This is the first such request, and all other dates set by the Court's Scheduling Order, dated January 11, 2008, shall remain the same.

Thank you for your time and consideration of this request.

Respectfully submitted,

Roderick L. Arz
Assistant Attorney General

So ordered
Robert P. Patterson
USDJ
1/25/08

cc:   Gregory R. Preston, Esq. (via electronic mail and facsimile)
      <u>Attorney for Plaintiff</u>

120 Broadway, New York, N.Y. 10271-0332 • Phone (212) 416-8610 • Fax (212) 416-6075 - Not For Service of Papers
http://www.oag.state.ny.us