



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-29-08

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
Attorney General

LESLIE G. LEACH
Executive Deputy Attorney General
Division of State Counsel

Writer's Direct Dial: 212-416-8633

JUNE DUFFY
Assistant Attorney General in Charge
Litigation Bureau

July 25, 2008

**BY FEDERAL EXPRESS**
Honorable Ronald L. Ellis
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1970
New York, New York 10007

Re: *Tukpui v. City University of New York*, 07-cv-8713 (RPP) (RLE) (ECF)

Your Honor:

    This Office represents defendant City University of New York ("CUNY") in the above-referenced action. On behalf of CUNY, I write to respectfully request an extension of the fact discovery deadline from July 31, 2008 to September 30, 2008. Plaintiff's counsel has consented to this request. This is CUNY's first request for an extension of the fact discovery deadline.[1] Should the Court grant this request, no other deadlines, including the September 30, 2008 deadline for the close of all discovery, would be affected. *See* Scheduling Order, dated Jan. 11, 2008 (Docket No. 9).

    Additional time is necessary because CUNY has been unable to conduct necessary documentary and testimonial discovery due to Plaintiff's failure to timely comply with his discovery obligations. For example, Plaintiff did not provide CUNY with the full list of individuals with knowledge or information concerning the claims in the complaint or any responsive documents until July 22, 2008. CUNY initially requested this information in its interrogatories and document requests, which were served on February 22, 2008. Plaintiff's responses to CUNY's interrogatories

---

[1] Previously, the Court extended the deadline for service of interrogatories and documents requests from January 25, 2008 to February 25, 2008. (Docket No. 10).

120 Broadway, New York, N.Y. 10271-0332 ● Phone (212) 416-8610 ● Fax (212) 416-6075 * Not For Service of Papers
http://www.oag.state.ny.us

Honorable Ronald L. Ellis
July 25, 2008
Page 2 of 2

and documents requests were due by March 22, 2008. However, despite numerous written requests that Plaintiff comply with his discovery obligations and produce responses to CUNY's long-outstanding discovery requests, Plaintiff did not provide such information until July 22, 2008.

Further, as part of its document requests, CUNY also provided Plaintiff's counsel with medical record release authorization forms that provided for notarization. Plaintiff initially provided un-notarized medical release authorizations on July 14, 2008, which have proven inadequate in obtaining the medical records from all of Plaintiff's medical providers. Plaintiff did not provide properly notarized forms until July 22, 2008. This Office is currently working to obtain Plaintiff's medical records from his various medical providers with respect to his claims for emotional distress and pain and suffering.

In light of these delays, and despite its best efforts, CUNY has been unable to proceed with depositions, including the deposition of Plaintiff which was originally noticed for June 12, 2008.

Accordingly, CUNY respectfully requests an extension of the fact discovery deadline from July 31, 2008 to September 30, 2008.

Thank you for your time and consideration of this request.

Extension granted.
SO ORDERED
*/s/ Ronald L. Ellis/ 7-28-08*
**MAGISTRATE JUDGE RONALD L. ELLIS**

Respectfully submitted,

Roderick L. Arz
Assistant Attorney General

cc:   Hon. Robert P. Patterson
      Gregory R. Preston, Esq.